JUN 17 2025 PM2:07
FILED - USDC - FLMD - OCA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 5:25-cr- 88-TPB-PRL
18 U.S.C. § 1343
18 U.S.C. § 1028A

MICHELLE FORSYTHE

**INDICTMENT**

The Grand Jury charges:

**COUNTS ONE THROUGH FOURTEEN**

**A. Introduction**

At times material to this Indictment:

1. MICHELLE FORSYTHE was a resident of the Middle District of Florida. She created and maintained a bank account with Bank of America.

2. Bank of America was a financial institution that provided, among other services, bank accounts to its customers. Bank of America was headquartered in Charlotte, North Carolina. It allowed for its customers to complete wire transfers to and from other financial institution. Wire transfers occur when the originating customer instructs its financial institution to electronically transfer funds to a beneficiary customer. Wire transfers allow money to be moved quickly and securely without the need to exchange cash. They allow two parties to transfer funds even if they are in different geographic locations. A wire transfer facilitates money transfers electronically across a network of banks or transfer agencies around the world. This

financial institution had branches and ATMS in the Middle District of Florida and elsewhere.

3. Blue Cross Blue Shield Association ("BCBS") was a United States-based health insurance company headquartered in Chicago, Illinois. BCBS offered Electronic Funds Transfer ("EFT") using the Automated Clearing House ("ACH") network to send payments to medical providers. An ACH transaction is an electronic wire transferring funds from one bank to another bank. All ACH transfers passed through the Federal Reserve Bank. The state of Florida did not have a Federal Reserve bank.

4. Aetna was a United States-managed health insurance company headquartered in Hartford, Connecticut. Aetna also offered ACH electronic wire deposits to medical providers.

**B. <u>The Scheme and Artifice</u>**

5. Between on or about January 4, 2016, and on or about December 6, 2022, in the Middle District of Florida and elsewhere, the defendant,

**MICHELLE FORSYTHE,**

knowingly devised and participated in a scheme to defraud BCBS and Aetna, and to obtain money by means of materially false and fraudulent pretenses, representations, and promises.

**C. <u>Manner and Means of the Scheme and Artifice</u>**

6. The manner and means by which the defendant sought to accomplish

the scheme and artifice include, among others, the following:

a. It was part of the scheme that the defendant submitted false claims to BCBS and Aetna to cover the cost of medical appointments and services she did not provide;

b. It was further part of the scheme that the defendant used personal information for twenty-two people without their knowledge or consent to submit false claims to BCBS and Aetna; and

c. It was further part of the scheme that the defendant's false claims caused BCBS and Aetna to send money to the defendant through electronic wire deposits.

**D. Execution of the Scheme and Artifice**

7. On or about the dates set forth below in Counts One through Fourteen, in the Middle District of Florida and elsewhere, the defendant,

**MICHELLE FORSYTHE,**

for the purpose of executing the aforementioned scheme, transmitted and caused to be transmitted by means of wire communication in interstate and foreign commerce the writings, signs, signals, pictures, and sounds described below, each transmission constituting a separate count:

| COUNT | ON OR ABOUT DATE OF WIRE | DESCRIPTION OF WIRE |
|---|---|---|
| ONE | August 12, 2020 | Electronic deposit in the amount of $630 from BCBS to defendant's Bank of America account ending in 5642. |

| COUNT | ON OR ABOUT DATE OF WIRE | DESCRIPTION OF WIRE |
|---|---|---|
| TWO | September 2, 2020 | Electronic deposit in the amount of $3,186.80 from BCBS to defendant's Bank of America account ending in 5642. |
| THREE | September 23, 2020 | Electronic deposit in the amount of $630 from BCBS to defendant's Bank of America account ending in 5642. |
| FOUR | October 7, 2020 | Electronic deposit in the amount of $1,080 from BCBS to defendant's Bank of America account ending in 5642. |
| FIVE | June 9, 2021 | Electronic deposit in the amount of $1,635 from BCBS to defendant's Bank of America account ending in 5642. |
| SIX | August 25, 2021 | Electronic deposit in the amount of $2,200 from BCBS to defendant's Bank of America account ending in 5642. |
| SEVEN | October 20, 2021 | Electronic deposit in the amount of $2,700 from BCBS to defendant's Bank of America account ending in 5642. |
| EIGHT | January 26, 2022 | Electronic deposit in the amount of $520 from BCBS to defendant's Bank of America account ending in 5642. |
| NINE | February 28, 2022 | Electronic deposit in the amount of $1,601.24 from BCBS to defendant's Bank of America account ending in 5642. |
| TEN | November 2, 2022 | Electronic deposit in the amount of $1,218 from BCBS to defendant's Bank of America account ending in 5642. |
| ELEVEN | November 30, 2021 | Electronic deposit in the amount of $2,874.82 from Aetna to defendant's Bank of America account ending in 5642. |
| TWELVE | August 22, 2022 | Electronic deposit in the amount of $1,506.44 from Aetna to defendant's Bank of America account ending in 5642. |
| THIRTEEN | October 24, 2022 | Electronic deposit in the amount of $2,965.62 from Aetna to defendant's Bank of America account ending in 5642. |
| FOURTEEN | November 29, 2022 | Electronic deposit in the amount of $2,816.81 from Aetna to defendant's Bank of America account ending in 5642. |

In violation of 18 U.S.C. § 1343.

**COUNT FIFTEEN**

Between on or about November 2, 2022, in the Middle District of Florida, the defendant,

**MICHELLE FORSYTHE,**

did knowingly use, without lawful authority, a means of identification of another person, specifically, the name and health insurance policy number belonging to J.L. during and in relation to a federal violation of 18 U.S.C. § 1343 (wire fraud), as charged in Count Ten of this Indictment, knowing that such means of identification belonged to an actual person.

In violation of 18 U.S.C. § 1028A(a)(1) and (c)(4).

**FORFEITURE**

1. The allegations contained in Counts One through Fourteen are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 1343, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. The property to be forfeited includes, but is not limited to, the following: an order of forfeiture for at least $483,511.44, which represents the

proceeds of the scheme charged in Counts One through Fourteen.

4. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

[redacted]

Foreperson

GREGORY W. KEHOE
United States Attorney

By: Hannah Watson
Assistant United States Attorney

By: Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

No. 5:25-cr-

UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

MICHELLE FORSYTHE

INDICTMENT

Violations: 18 U.S.C. § 1343 ***(14 counts)***
18 U.S.C. § 1028A(a)(1)

[redacted]
Foreperson

Filed in open court this 17th day

of June 2025.

Clerk

Bail $____________________